#5

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE:

Leo Manajero Poletine )
)                    BANKRUPTCY NO.
)
)                    18-22056
Debtor(s) )

## STIPULATION AND ORDER
## APPROVING AGREED ENTRY

Comes now _Debtor b, atty_ and _trustee_ on _application to employ_ filed by _debtor_ on _5-1-19_, 20 ___, and stipulate as follows:

the parties agree to strike paragraph 1 on page 2 of the engagement letter and fee arrangement with attorney Peterson dated January 23, 2019.

This resolves trustees objection.

The parties hereby jointly request this Stipulation be entered of record as an Agreed Entry, and that the same be approved by Court Order.

The Court having examined the above Stipulation, and the Record, and finding that Notice and Opportunity for Hearing is not necessary, now approves the same.

**SO ORDERED**.

Dated: _____

_____
JUDGE, U.S. BANKRUPTCY COURT

Examined and Approved:

Date _6-13-19_, 20 ___   _____
Date _6-13_, 20 _19_   _Julia M. Hoham, Attorney_
Date _____, 20 ___   _____

Distribution
Debtor(s), Debtor(s)' Attorney
Trustee, U.S. Trustee       Rev. 8/12/97